**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 103 MM 2023
  :
              Respondent   :
  :
  :
  :
              v.   :
  :
  :
RAFAEL RUIZ-FIGUEROA,   :
  :
              Petitioner   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4ᵗʰ day of January, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.